**DISMISS and Opinion Filed March 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00012-CV

**JERRY CHAMBERS, MARSHA CHAMBERS, AND JASON CHAMBERS, Appellants**
**V.**
**SHERRIE SLAYTON, WILLIAM C. BARNEY, LANDOWNER PER COUNTY TAX OFFICE, RODNEY MCCLINTOCK, KENNETH MCCLINTOCK, AND PRESTON JEMMOTT, HEIRS AND POSSESSORS PER COUNTY CLERK'S RECORDS, Appellees**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 81338-422**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Appellants have two related appeals pending before this Court as appellate cause numbers 05-14-00012-CV and 05-14-00065-CV. In a letter dated January 31, 2014, the Court questioned its jurisdiction over appellants' appeal in cause number 05-14-00065-CV. We requested that appellants file a letter brief addressing our concern. Appellants filed their jurisdictional brief or in the alternative permission to file a motion to change appeal into petition for writ of mandamus in both of the related appeals. Subject to correction of the cause number listed on the trial court's judgment, it appears that the Court has jurisdiction over cause number 05-12-00065-CV. This opinion addresses appellants' appeal in cause number 05-14-00012-CV.

Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *See id.*

Appellants sued numerous parties. In an order dated December 11, 2012, the trial court severed appellants' claims against Allstate Insurance Company into a new cause number. On December 3, 2013, the trial court signed a final judgment in favor of Allstate Insurance Company. Appellants' claims against all other defendants remain pending. In their jurisdictional brief, appellants concede that parties and claims remain pending in the trial court.

Because there is no final judgment, this Court lacks jurisdiction. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a)(1). We deny appellants' alternative request to change the appeal into a petition for writ of mandamus as the requirements for a petition for writ of mandamus have not been met. *See* TEX. R. APP. P. 52.

140012F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JERRY CHAMBERS, MARSHA CHAMBERS, AND JASON CHAMBERS, Appellants

No. 05-14-00012-CV          V.

SHERRIE SLAYTON, WILLIAM C. BARNEY, LANDOWNER PER COUNTY TAX OFFICE, RODNEY MCCLINTOCK, KENNETH MCCLINTOCK, AND PRESTON JEMMOTT, HEIRS AND POSSESSORS PER COUNTY CLERK'S RECORDS, Appellees

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas.
Trial Court Cause No. 81338-422.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, SHERRIE SLAYTON, WILLIAM C. BARNEY, LANDOWNER PER COUNTY TAX OFFICE, RODNEY MCCLINTOCK, KENNETH MCCLINTOCK, AND PRESTON JEMMOTT, HEIRS AND POSSESSORS PER COUNTY CLERK'S RECORDS recover their costs of this appeal from appellants, JERRY CHAMBERS, MARSHA CHAMBERS, AND JASON CHAMBERS.

Judgment entered March 17, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE